AUSA: Sara D. Woodward  Telephone: 313-226-9180
Special Agent : Daniel Ghareeb  Telephone: 313-226-0593

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

       Plaintiff,

v.

RYON LENELL TRAVIS

       Defendant(s).

Case: 2:16-mj-30126
Assigned To : Unassigned
Assign. Date : 3/18/2016
Description: SEALED MATTER (LCB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of <u>2015 to March 2, 2016</u>, in the county of <u>Wayne</u> in the <u>Eastern</u> District of <u>Michigan</u>, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2252(a)(5)(B) | Possession of child pornography |
| 18 U.S.C § 2251(a) | Production of child pornography |
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |

This criminal complaint is based on these facts:
See attached affdiavit

☐ Continued on the attached sheet.

                                                                 *Complainant's signature*

                                          Special Agent Daniel Ghareeb, DHS/HSI
                                                  *Printed name and title*

Sworn to before me and signed in my presence.

Date: March 18, 2016

City and state: Detroit, Michigan

                                                       *Judge's signature*

                                        MONA K. MAJZOUB, U.S. Magistrate Judge
                                                      *Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

STATE OF MICHIGAN         :
                          :
                          : ss. **AFFIDAVIT**
                          :
COUNTY OF WAYNE           :

I, Daniel Ghareeb, being duly sworn, depose and state:

1. I am currently a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI") in Detroit, Michigan. I have been employed as a Special Agent since February of 2007. Prior to my current position I was a police officer with the North Baltimore Ohio Police Department for approximately two years. I hold a Bachelor of Science in Criminal Justice from the University of Toledo and a Master of Science in Criminal Justice from the University of Cincinnati. As a Special Agent, I have conducted over 60 investigations relating to child exploitation and assisted the HSI Detroit Child Exploitation Group in numerous investigations concerning child exploitation. The following is based upon my personal investigation as well as statements from other fellow law enforcement officers.

2. This affidavit is made in support of a criminal complaint and a warrant for the arrest of Ryon Lenell TRAVIS for violations of Title 18 U.S.C. § 2251(a), which makes it a crime for any person to knowingly produce child pornography, and 18 U.S.C. § 2252A(a)(2) which makes it a crime for any person to knowingly distribute child pornography, and 18 U.SC. § 2252A(a)(5)(B) which makes it a crime for any person to knowingly possess child pornography that has been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

3. This affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant; therefore, this affidavit does not contain every fact that I have learned during the course of the investigation. I have set forth only those facts necessary to establish probable cause to believe that TRAVIS has violated 18 U.S.C. § 2251(a), 18 U.S.C. § 2252A(a)(2) and 18 U.SC. § 2252A(a)(5)(B).

4. The information contained in this affidavit is based upon my personal knowledge, training, and experience, as well as the combined training and experience of other law enforcement officers with whom I have had discussions.

## DETAILS OF INVESTIGATION

2

5. On March 2, 2016, the West Bloomfield Police Department executed a search warrant at 16255 Tuller in Detroit, Michigan for State of Michigan fraud violations. This address is the residence of Ryon TRAVIS. TRAVIS and three adult women that TRAVIS identified as his "wives" were present during the execution of the search warrant. During the search, two cellular phones were discovered on the living room table: one (1) LG cellular phone and one (1) Kyocera cellular phone. During the execution of the warrant, several adults, including TRAVIS, were present. Police asked TRAVIS and the women who the phones belonged to, and they all said the phones belonged to TRAVIS. West Bloomfield police began questioning TRAVIS about their fraud investigation. During the interview they asked TRAVIS if he owned a cellular phone and where it would be located. TRAVIS stated his phone was the LG telephone located on the living room table.

6. Later that day, West Bloomfield police began a forensic exam of TRAVIS's LG phone. During the examination, police saw images of child pornography on the phone. The examination of the phone was stopped and a second search warrant was obtained authorizing the search of the phone for child sexually abusive material. After obtaining the search warrant, the exam continued. Police recovered the following from TRAVIS's LG phone:

- Multiple images depicting an adult male penetrating a very young child's mouth with his penis. This child's face and upper torso is visible in the photographs. The child appears to a toddler or very young child.

- Multiple images depicting an adult male penetrating a prepubescent female child's anus and vagina. This child's lower torso and genitals are visible in the photographs. The child appears to a toddler or very young child.

- An image that appears be a screenshot taken with the phone depicting numerous pictures, in thumbnail form, in the phone's "camera roll." Some of the images in the screen shot of the camera roll were the same as the images described above. This screenshot was recovered from TRAVIS's sent text messages. On January 27, 2016, TRAVIS sent the screenshot to someone else with the text: "T'yon saw this."

7. In one of the images described above depicting the penetration of a prepubescent female, the child is laying on a sheet. The sheet has a distinctive blue and white pattern. In photographs taken by the West Bloomfield Police Department during the execution of the search warrant at TRAVIS' home, a sheet

4

with the same distinctive blue and white pattern is seen on the bed in one of the bedrooms.

8. TRAVIS has seven biological children under the age of 18. He does not currently have custody of any minor children.

9. Based upon the foregoing, there is probable cause to believe TRAVIS has knowingly produced child pornography in violation of 18 U.S.C. § 2251(a), distributed child pornography in violation of 18 U.S.C. 2251(a), 18 U.S.C. 2252A(a)(2) and possessed child pornography in violation of 18 U.S.C. 2252A(a)(5)(B). Accordingly, your Affiant respectfully requests that this Court issue an arrest warrant.

_____
Special Agent Daniel Ghareeb
Homeland Security Investigations/DHS

SUBSCRIBED and SWORN
before me this 18th day of March 2016

_____
MONA K. MAJZOUB
United States Magistrate Judge

5